STEPHEN E. HART
stephen.hart@fhfa.gov
FEDERAL HOUSING FINANCE AGENCY
1700 G Street NW
Washington, D.C. 20552
Tel: (202) 414-3800 / Fax: (202) 414-6504

HOWARD N. CAYNE
howard.cayne@aporter.com
ASIM VARMA
asim.varma@aporter.com
SCOTT BORDER
scott.border@aporter.com
ARNOLD & PORTER LLP
555 Twelfth St, NW
Washington, D.C. 20004
Tel: (202) 942-5000 / Fax: (202) 942-5999

*Attorneys for Defendants*
FEDERAL HOUSING FINANCE AGENCY and EDWARD DeMARCO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| COUNTY OF SONOMA,<br><br>         Plaintiff,<br><br>    v.<br><br>FEDERAL HOUSING FINANCE AGENCY; EDWARD DeMARCO, in his capacity as Acting Director of FEDERAL HOUSING FINANCE AGENCY; FEDERAL HOME LOAN MORTGAGE CORPORATION; CHARLES E. HALDEMAN, JR. in his capacity as Chief Executive Officer of FEDERAL HOME LOAN MORTGAGE CORPORATION; FEDERAL NATIONAL MORTGAGE ASSOCIATION; MICHAEL J. WILLIAMS, in his capacity as Chief Executive Officer of FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>         Defendants. | Case No. 10-03270-EMC<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    Defendants Federal Housing Finance Agency and Edward DeMarco hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: Aug 10, 2010

STEPHEN E. HART
FEDERAL HOUSING FINANCE AGENCY

HOWARD N. CAYNE
ASIM VARMA
SCOTT M. BORDER
ARNOLD & PORTER LLP

By: _____**/S/**_____

SCOTT BORDER
Attorneys for Defendants Federal Housing Finance Agency and Edward DeMarco

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2010, I electronically filed the Declination to proceed before a United States Magistrate Judge and Request for Reassignment to a United States District Judge with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all registered parties, and I hereby certify that I have served electronically the United States Magistrate Judge and Request for Reassignment to a United States District Judge to the following non-CM/ECF participants.

FEDERAL HOME LOAN MORTGAGE CORPORATION,
CHARLES E. HALDEMAN, JR
Email: Howard_Lindenberg@freddiemac.com
Email: HReichner@reedsmith.com

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
MICHAEL J. WILLIAMS
Email: jonathan_griffith@fanniemae.com.
Email: JKilduff@OMM.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Aug 10, 2010

By:     **/S/**
_____
SCOTT M. BORDER
Attorney for Defendants Federal Housing Finance Agency and Edward DeMarco