IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
COUNTY OF SONOMA,                    No. C 10-03270 CW

        Plaintiff,                   ORDER TAKING MOTION
                                     UNDER SUBMISSION
   v.

FEDERAL HOUSING FINANCE AGENCY, et
al.,

        Defendants.
                                    /
```

    Statements of Non Opposition were filed on September 24, 2010 but no oppositions were timely filed, therefore,

    IT IS HEREBY ORDERED that the Motion to Intervene shall be submitted on the papers. The hearing previously set for Thursday, October 28, 2010 is vacated.

Dated: 10/12/2010

CLAUDIA WILKEN
United States District Judge