BRUCE D. GOLDSTEIN
County Counsel
KATHLEEN A. LAROCQUE
Chief Deputy County Counsel
kathleen.larocque@sonoma-county.org
PHYLLIS C. GALLAGHER
Deputy County Counsel
phyllis.gallagher@sonoma-county.org
County of Sonoma
575 Administration Drive, Room 105
Santa Rosa, California  95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

*Attorneys for Plaintiff County of Sonoma*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COUNTY OF SONOMA,** | Case No. 10-cv-03270 CW |
| Plaintiff, | Related Case Nos.: |
| v. | 10-cv-03084 CW |
| **FEDERAL HOUSING FINANCE AGENCY;** et al., | 10-cv-03317 CW<br>10-cv-04482 CW |
| Defendants. | [PROPOSED] PRELIMINARY INJUNCTION |
| – and related cases – | |

For the reasons set forth in the Court's Order of August 26, 2011, the Motion of Sonoma County for a Preliminary Injunction is GRANTED.

The Federal Housing Finance Agency (FHFA), without withdrawing its July 6, 2010 statement or its February 28, 2011 letter, shall proceed with the notice and comment process with regard to those directives.  Specifically, FHFA shall do the following:

(1) No later than 30 days after the issuance of this order,  FHFA shall cause to be published in the Federal Register an Advance Notice of Proposed Rulemaking relating to the statement issued by FHFA on July 6, 2010 and the letter issued by FHFA on February 28, 2011 that deal

with property assessed clean energy (PACE) programs.  In the Advance Notice of Proposed Rulemaking, FHFA shall seek comments on, among other things, whether conditions and restrictions relating to the regulated entities' dealing in mortgages on properties participating in PACE are necessary; and, if so, what specific conditions and/or restrictions may be appropriate.  The comment period shall not be less than 60 days.

(2) After considering any public comments received related to the Advance Notice of Proposed Rulemaking, but no later than 30 days after the close of the comment period,  FHFA shall cause to be published in the Federal Register a Notice of Proposed Rulemaking setting forth FHFA's proposed rule relating to PACE programs.  The comment period shall not be less than 30 days.

(3) After considering any public comments received concerning the proposed rule, on or before April 30, 2012, FHFA shall cause to be published in the Federal Register a final rule addressing whether and how Fannie Mae, Freddie Mac, and other regulated entities shall deal with mortgages on properties participating in PACE programs.

If circumstances beyond FHFA's control prevent FHFA from meeting a deadline in this Order, FHFA may request an extension from the Court.  For good cause shown, the Court may grant a reasonable extension, which shall be no longer than is necessary to allow FHFA to comply with its rulemaking responsibilities.  FHFA shall comply with all relevant provisions of the Federal Administrative Procedure Act, 5 U.S.C. section 500 *et seq.*, that apply to substantive rule-making.

The obligations set forth in this Order shall cease to apply if FHFA formally withdraws its July 2010 statement and February 2011 letter and directs the regulated entities to retract any lender letter, industry bulletin, or other guidance issued by them in response to the July 2010 statement or February 2011 letter.

Nothing in this Order shall be construed to limit or modify the discretion accorded FHFA as regulator and Conservator of Fannie Mae and Freddie Mac, including without limitation, by the Safety and Soundness Act or by principles of administrative law.

1 | Plaintiffs retain the right to challenge any final agency action or regulation as provided by
2 | law.
3 | Nothing in this Order shall relieve FHFA from its obligation to comply with the National
4 | Environmental Policy Act, 42 U.S.C. §§ 4321 *et seq*.

Date: 9/13/2011

Honorable Claudia Wilken
United States District Judge