| | |
|---|---|
| 1 | STEPHEN E. HART – stephen.hart@fhfa.gov |
| | FEDERAL HOUSING FINANCE AGENCY |
| 2 | 1700 G Street, NW |
| | Washington, D.C.  20552 |
| 3 | (202) 414-3800 |
| 4 | Fax: (202) 414-6504 |
| | |
| 5 | HOWARD N. CAYNE – howard.cayne@aporter.com |
| | ASIM VARMA – asim.varma@aporter.com |
| 6 | ARNOLD & PORTER LLP |
| | 555 Twelfth St., NW |
| 7 | Washington, D.C.  20004 |
| | (202) 942-5000 |
| 8 | Fax: (202) 942-5999 |
| 9 | |
| | *Attorneys for Defendants* |
| 10 | FEDERAL HOUSING FINANCE AGENCY and EDWARD DeMARCO |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COUNTY OF SONOMA, | ) Case No. 4:10-CV-03270-CW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **[PROPOSED]** ORDER |
| | ) |
| FEDERAL HOUSING FINANCE AGENCY; | ) |
| EDWARD DeMARCO, in his capacity as | ) |
| Acting Director of FEDERAL HOUSING | ) |
| FINANCE AGENCY; FEDERAL HOME | ) |
| LOAN MORTGAGE CORPORATION; | ) |
| CHARLES E. HALDEMAN, JR. in his | ) |
| capacity as Chief Executive Officer of | ) |
| FEDERAL HOME LOAN MORTGAGE | ) |
| CORPORATION; FEDERAL NATIONAL | ) |
| MORTGAGE ASSOCIATION; MICHAEL J. | ) |
| WILLIAMS, in his capacity as Chief | ) |
| Executive Officer of FEDERAL NATIONAL | ) |
| MORTGAGE ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Note: "[PROPOSED]" is shown with strikethrough.

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants FHFA and Edward DeMarco's Motion for Expedited Briefing and Hearing. Having considered the motion, it is hereby

ORDERED that the County of Sonoma be permitted to file an Opposition to Defendants FHFA and DeMarco's Motion to Stay the Preliminary Injunction Pending Appeal on or before September 22, 2011. FHFA has represented that it waives its right to file a reply brief. It is further ORDERED that the motion will be decided on the papers.

Signed: *[signature]*

Date: 9/16/2011