1  KAMALA D. HARRIS
   Attorney General of California
2  SALLY MAGNANI
   Senior Assistant Attorney General
3  JANILL L. RICHARDS (SBN # 173817)
   Supervising Deputy Attorneys General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, California  94612-0550
    Telephone:  (510) 622-2100
6   Fax:  (510) 622-2270
   *Attorneys for People of the State of California, ex*
7  *rel. Kamala D. Harris, Attorney General*

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | **PEOPLE OF THE STATE OF CALIFORNIA,** | Case No. 10-cv-03084 CW (LB) |
   | *ex rel.* **KAMALA D. HARRIS, ATTORNEY** |  |
12 | **GENERAL,** | Consolidated Case Nos.: |
13 |                                      **Plaintiff,** | 10-cv-03270 CW (LB) |
   |  | 10-cv-03317 CW (LB) |
14 | **v.** | 10-cv-04482 CW (LB) |
15 | **FEDERAL HOUSING FINANCE AGENCY;** | [~~PROPOSED~~] **JUDGMENT** |
   | **et al.,** |  |
16 |  |  |
   |                                   **Defendants.** |  |
17 | _____ |  |
18 |  |  |
   | **– and consolidated cases –** |  |
19 |  |  |

20

21      This matter, which challenges certain actions taken by Defendants relating to Property

22 Assessed Clean Energy Programs (PACE), originally was filed as four separate actions.  All four

23 matters have now been consolidated and, accordingly, the Court enters this single judgment to

24 fully and finally dispose of all claims brought by all Plaintiffs against all Defendants.  Plaintiffs in

25 this action are: the People of the State of California, *ex rel.* Kamala D. Harris, Attorney General;

26 the County of Sonoma, the County of Placer, the City of Palm Desert, and the Sierra Club.

27 Defendants in this action are the Federal Housing Finance Agency (FHFA); Edward Demarco, in

28 his capacity as Acting Director of the Federal Housing Finance Agency; Federal Home Loan

                                         1

1  Mortgage Corporation (Freddie Mac); Charles E. Haldeman, Jr., in his capacity as Chief

2  Executive Officer of the Federal Home Loan Mortgage Corporation; Federal National Mortgage

3  Association (Fannie Mae); and Michael J. Williams, in his Capacity as Chief Executive Officer of

4  Federal National Mortgage Association.

5    By stipulation, all claims against Defendants Charles E. Haldeman, Jr. and Michael J.

6  Williams, who were sued in their official capacities as Chief Executive Officers for Fannie Mae

7  and Freddie Mac, were dismissed.

8    The Court hereby enters Judgment in favor of remaining Defendants on the following

9  claims, each of which is dismissed with prejudice, for the reasons stated in the Court's Order

10  Granting in Part and Denying in Part Defendants' Motions to Dismiss, dated August 25, 2011:

11    That FHFA's actions violated the Constitution's Tenth Amendment Commerce Clause

12  (Placer County only);

13    That FHFA's actions violated the Constitution's Spending Clause (Placer County only);

14    That Plaintiffs are entitled to a declaration that under California law, debt obligations

15  created by PACE programs are assessments, not loans (California, Sonoma County and Placer

16  County); and

17    That Plaintiffs are entitled to relief under state law, specifically:

18    That Fannie Mae's and Freddie Mac's actions constituted unfair business practices under

19  California Business & Professions Code § 17200 (California only);

20    That Fannie Mae's and Freddie Mac's actions constituted negligent interference with

21  prospective economic advantage (Placer County only);

22    That Fannie Mae's and Freddie Mac's actions constituted intentional interference with

23  prospective economic advantage (Placer County only);

24    That Fannie Mae's and Freddie Mac's actions constituted intentional interference with

25  contractual relations (Placer County only); and

26    That Fannie Mae's and Freddie Mac's actions constituted interference with prospective

27  contractual relations (Sonoma County only).

28

1   The Court hereby enters Judgment in favor of Plaintiffs on the following claim for the

2   reasons stated in the Court's Order Granting Plaintiffs' Motion for Summary Judgment, and

3   Denying Defendants' Cross-Motion for Summary Judgment, dated August 9, 2012:

4   That FHFA failed to comply with required notice and comment procedures set forth in the

5   Administrative Procedures Act (APA).

6   The Court declines to rule on the remaining claims, brought against FHFA under the APA

7   and the National Environmental Policy Act, for the reasons stated in the Court's August 9, 2012

8   Order.

9   FHFA shall complete the notice and comment process on its proposed rule concerning

10   PACE and publish a final rule to consummate that process no later than 210 days from the date of

11   entry of this Judgment.  FHFA shall submit to the Court a status report on the progress of its

12   rulemaking by January 18, 2013.  FHFA may seek a further extension of the deadline if, for good

13   cause shown, FHFA requires additional time to conduct its rulemaking, and FHFA reserves its

14   right to seek a stay of the deadline if the Ninth Circuit has not ruled on its appeal as the deadline

15   approaches.

16   All parties shall bear their own costs.

17   The Court retains jurisdiction of this action as necessary to ensure compliance with this

18   Judgment.

19   IT IS SO ORDERED.

20

21   Dated: ___11/2/2012_____                          _____

22                                                       CLAUDIA WILKEN
                                                        Chief Judge
23                                                      United States District Court

24

25

26

27

28